705 A.2d 1209

IN THE MATTER OF SYLVIA E. HALL, AN ATTORNEY AT LAW.

February 25, 1998.

### ORDER

**SYLVIA E. HALL** of **WILMINGTON, DELAWARE**, who was admitted to the bar of this State in 1986, having tendered consent to her temporary suspension, and good cause appearing;

It is ORDERED that **SYLVIA E. HALL** is temporarily suspended from the practice of law, pending the final determination of all grievances against her and until further Order of the Court; and it is further

ORDERED that **SYLVIA E. HALL** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **SYLVIA E. HALL** comply with *Rule* 1:20–20 dealing with suspended attorneys.